IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAROLYN STROMAS,
    Plaintiff,

vs.                                     Case No.: 3:10cv381/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 21, 2011 (doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act (doc. 14) is **GRANTED** as follows:

    1. Plaintiff, Carolyn Stromas, shall recover fees ($3425.10) and expenses ($15.00) in the total amount of **$3,440.10**, for time expended and expenses incurred by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA). The United States forthwith shall issue a check payable directly to Ms. Stromas. Filing fee costs in the amount of **$350.00** shall also be awarded to Ms. Stromas from the Judgment Fund administered by the United States Treasury.

2. Ms. Stromas' payments shall be mailed to her in care of her counsel, Nick Anthony Ortiz, of the Soloway Law Firm, 1013 Airport Boulevard, Pensacola, FL 32504.

**DONE AND ORDERED** this 21st day of October, 2011.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**